IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:00CR3078 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| JAMES BRACKHAN, | ) | |
| | ) | |
| Defendant. | ) | |

On the oral motion of the defendant, and with the agreement of the government,

IT IS ORDERED that Defendant Brackhan's arraignment and revocation hearing are rescheduled before the undersigned United States district judge to Friday, January 19, 2007, at 1:00 p.m., in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present unless excused by the court.

December 11, 2006.          BY THE COURT:

                            s/ *Richard G. Kopf*
                            United States District Judge